**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **BRAD** | **L.** | **CONRADO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HOLLI** | **J.** | **CONRADO** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known)  **19-50031**

☑ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|

**2.1**

ACCEPTANCE NOW
Creditor's name
5501 HEADQUARTERS DR.
Number    Street

PLANO         TX    75024
City          State  ZIP Code

Who owes the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Date debt was incurred   **2018**

Describe the property that secures the claim:
**FURNITURE**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
  **Purchase Money**

Last 4 digits of account number  ___ ___ ___ ___

$7,400.00        $2,000.00        $5,400.00

**Add the dollar value of your entries in Column A on this page. Write that number here:**     $7,400.00

Official Form 106D            Schedule D: Creditors Who Have Claims Secured by Property            page 1

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**

Case number (if known) **19-50031**

| Part 1: | Additional Page<br>After listing any entries on this page, number them sequentially from the previous page. | Column A<br>Amount of claim<br>Do not deduct the value of collateral | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|

**2.2**

**PRIME ACCEPTANCE**
Creditor's name
**200 WEST JACKSON STREET #720**
Number   Street

**CHICAGO        IL     60606**
City              State    ZIP Code

Describe the property that secures the claim:
**2005 FORD F150 (approx. 111,000 miles)**

$10,200.00    $6,000.00    $4,200.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Date debt was incurred   **11-18**       Last 4 digits of account number   ___ ___ ___ ___
**34 MONTH LOAN**

**2.3**

**SOUTHERN CASCADES**
Creditor's name
**150 N. BARTLETT STREET**
Number   Street

**MEDFORD        OR     97501**
City              State    ZIP Code

Describe the property that secures the claim:
**2013 HYUNDAI SONATA (approx. 87,000 miles)**

$13,300.00    $5,000.00    $8,300.00

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who owes the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim relates to a community debt

Nature of lien.  Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☑ Other (including a right to offset)
**Purchase Money**

Date debt was incurred   **9-16**       Last 4 digits of account number   ___ ___ ___ ___
**66 MONTH LOAN**

Add the dollar value of your entries in Column A on this page.  Write that number here:    **$23,500.00**

If this is the last page of your form, add the dollar value totals from all pages.  Write that number here:    **$30,900.00**

Official Form 106D        Additional Page of Schedule D: Creditors Who Have Claims Secured by Property        page 2

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **BRAD** | **L.** | **CONRADO** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **HOLLI** | **J.** | **CONRADO** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number    **19-50031**
(if known)

☑ Check if this is an amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1: List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|
| **2.1** | | $1.00 | $1.00 | $0.00 |

**CHRISTINA REYNOLDS**
Priority Creditor's Name
**1280 TYLER WAY**
Number    Street

**SPARKS    NV    89431**
City    State    ZIP Code

Last 4 digits of account number ___ ___ ___ ___
When was the debt incurred?    **VARIES**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

**Type of PRIORITY unsecured claim:**
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify _____

Debtor 1  **BRAD L. CONRADO**
Debtor 2  **HOLLI J. CONRADO**

Case number (if known) __19-50031__

### Part 1: Your PRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.2**  $4,000.00   $4,000.00   $0.00

**INTERNAL REVENUE SERVICE**
Priority Creditor's Name
**P.O. BOX 7346**
Number    Street

**PHILADELPHIA**        **PA**    **19101**
City                    State     ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **2015-16**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.3**  $1.00   $1.00   $0.00

**LEAH BERNER**
Priority Creditor's Name
**2555 RIO ALAYNE**
Number    Street

**SPARKS**        **NV**    **89436**
City              State     ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **VARIES**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of PRIORITY unsecured claim:
☑ Domestic support obligations
☐ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Is the claim subject to offset?
☑ No
☐ Yes

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**                                   Case number (if known) __19-50031__

### Part 2: List All of Your NONPRIORITY Unsecured Claims

3. Do any creditors have nonpriority unsecured claims against you?
   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ☑ Yes

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
   If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | | Total claim |
|---|---|---|

**4.1**  $1,500.00

**AD ASTRA RECOVERY SERVICE**
Nonpriority Creditor's Name
**7330 W. 33rd STREET N. SUITE 118**
Number   Street

**WICHITA**           **KS**   **67205**
City                  State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?   **2012-14**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - RAPID CASH**

---

**4.2**  $200.00

**AMCOL**
Nonpriority Creditor's Name
**P.O. BOX 21625**
Number   Street

**COLUMBIA**          **SC**   **29221**
City                  State   ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?   **2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for - MEDICAL**

| Debtor 1 | **BRAD L. CONRADO** | | |
|---|---|---|---|
| Debtor 2 | **HOLLI J. CONRADO** | Case number (if known) | **19-50031** |

| Part 2: | Your NONPRIORITY Unsecured Claims -- Continuation Page |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.3
$1,000.00

**Business & Professional Coll Serv.**
Nonpriority Creditor's Name
**816 S. Center Street**
Number    Street

**Reno**              **NV**      **89501**
City                  State       ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2012-18**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - MEDICAL**

### 4.4
$150.00

**CAPITAL BANK**
Nonpriority Creditor's Name
**1 CHURCH STREET SUITE 100**
Number    Street

**ROCKVILLE**         **MD**      **20850**
City                  State       ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

### 4.5
$100.00

**CEP AMERICA CALIFORNIA**
Nonpriority Creditor's Name
**P.O. BOX 582663**
Number    Street

**MODESTO**           **CA**      **95358**
City                  State       ZIP Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2019**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bills**

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**  Case number (if known) __19-50031__

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.6
**$200.00**

**CLARK COUNTY COLLECTION**
Nonpriority Creditor's Name
**8860 W. SUNSET RD. #100**
Number    Street

**LAS VEGAS      NV    89148**
City           State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2014**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for - DOLLAR LOAN**

### 4.7
**$100.00**

**Collection Service of Nevada**
Nonpriority Creditor's Name
**777 Forest Street**
Number    Street

**Reno           NV    89509**
City           State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for - MEDICAL BILLS**

### 4.8
**$500.00**

**CREDIT ONE BANK**
Nonpriority Creditor's Name
**P.O. BOX 98872**
Number    Street

**LAS VEGAS      NV    89193**
City           State  ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number  **3  7  2  0**
When was the debt incurred?  **2017-18**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Credit Card**

| Debtor 1 | **BRAD L. CONRADO** | |
|---|---|---|
| Debtor 2 | **HOLLI J. CONRADO** | Case number (if known) __19-50031__ |

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.9**  $500.00

**CREDIT ONE BANK**
Nonpriority Creditor's Name
**P.O. BOX 98872**
Number    Street

**LAS VEGAS          NV     89193**
City                State  ZIP Code

Last 4 digits of account number  **8  4  4  5**
When was the debt incurred?  **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.10**  $200.00

**ENHANCED RECOVERY CORP.**
Nonpriority Creditor's Name
**8014 BAYBERRY RD.**
Number    Street

**JACKSONVILLE       FL     32256**
City                State  ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **2015**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - CHARTER**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.11**  $6,400.00

**GOLD ACCEPTANCE**
Nonpriority Creditor's Name
**P.O. BOX 1889**
Number    Street

**ORANGE             CA     92856**
City                State  ZIP Code

Last 4 digits of account number  __ __ __ __
When was the debt incurred?  **2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt?  Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**DEFICIENCY BALANCE**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1  **BRAD L. CONRADO**
Debtor 2  **HOLLI J. CONRADO**   Case number (if known) **19-50031**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.12**  $600.00

**HARRIS**
Nonpriority Creditor's Name
**111 W. JACKSON BLVD. SUITE 400**
Number    Street

**CHICAGO**       **IL**   **60604**
City              State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - MEDICAL**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.13**  $4,500.00

**Hospital Collection Service**
Nonpriority Creditor's Name
**816 S. Center Street**
Number    Street

**Reno**          **NV**   **89501**
City              State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2013-19**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Medical Bills**

Is the claim subject to offset?
☑ No
☐ Yes

---

**4.14**  $100.00

**I.C. SYSTEMS**
Nonpriority Creditor's Name
**P.O. BOX 64378**
Number    Street

**ST. PAUL**      **MN**   **55164**
City              State  ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Collecting for - AT&T DIRECTV**

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**                                                              Case number (if known) **19-50031**

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.15**                                                                                                                                                      **$3,700.00**

**IQ DATA INTERNATIONAL**
Nonpriority Creditor's Name
**1010 SE EVERETT MALL WAY #100**
Number    Street

**EVERETT             WA    98208**
City                      State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2013**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - VERONA APTS.**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.16**                                                                                                                                                       **$500.00**

**NATIONWIDE CREDIT, INC.**
Nonpriority Creditor's Name
**P.O. BOX 14581**
Number    Street

**DES MOINES          IA    50306**
City                      State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2019**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Collecting for - EASY PAY**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

**4.17**                                                                                                                                                      **$1,700.00**

**NORTHERN NEVADA MED. CENTER**
Nonpriority Creditor's Name
**C/O THRIVE**
Number    Street
**1919 S. JONES, SUITE B**

**LAS VEGAS           NV    89146**
City                      State    ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred?  **2018-19**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Who incurred the debt?  Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Medical Bills**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**                                    Case number (if known) __19-50031__

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

---

**4.18**                                                                                              **$500.00**

**ONE NEVADA C.U.**
Nonpriority Creditor's Name
**2645 S. MOJAVE RD.**
Number     Street

**LAS VEGAS**            **NV**   **89121**
City                    State   ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2012-18**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Unpaid Loan**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.19**                                                                                              **$500.00**

**PROFESSIONAL FINANCE CO.**
Nonpriority Creditor's Name
**5754 W. 11th STREET SUITE 100**
Number     Street

**GREELEY**              **CO**   **80634**
City                    State   ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Collecting for - MEDICAL**

Is the claim subject to offset?
☒ No
☐ Yes

---

**4.20**                                                                                              **$2,700.00**

**RENOWN HEALTH**
Nonpriority Creditor's Name
**P.O. BOX 30006**
Number     Street

**RENO**                 **NV**   **89520**
City                    State   ZIP Code

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2018-19**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☒ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☒ Check if this claim is for a community debt

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify
**Medical Bills**

Is the claim subject to offset?
☒ No
☐ Yes

---

Official Form 106E/F           Schedule E/F: Creditors Who Have Unsecured Claims                page 9

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**          Case number (if known) **19-50031**

## Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.21
**$700.00**

**RMS**
Nonpriority Creditor's Name
**P.O. BOX 19646**
Number    Street

**MINNEAPOLIS    MN    55419**
City    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2019**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Collecting for - PROGRESSIVE INS.**

### 4.22
**$5,900.00**

**SAN JOAQUIN GENERAL HOSP.**
Nonpriority Creditor's Name
**P.O. BOX 1439**
Number    Street

**FRENCH CAMP    CA    95231**
City    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2018**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bills**

### 4.23
**$500.00**

**SIERRA EMERGENCY PHYSICIANS**
Nonpriority Creditor's Name
**P.O. BOX 258874**
Number    Street

**OKLAHOMA CITY    OK    73125**
City    State    ZIP Code

Who incurred the debt? Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [x] Check if this claim is for a community debt

Is the claim subject to offset?
- [x] No
- [ ] Yes

Last 4 digits of account number __ __ __ __
When was the debt incurred? **2018-19**

As of the date you file, the claim is: Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Type of NONPRIORITY unsecured claim:
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify **Medical Bills**

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**                                    Case number (if known) __19-50031__

### Part 2: Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.24**                                                                                               **$2,900.00**

**STATE OF NEVADA**
Nonpriority Creditor's Name
**DEPARTMENT OF EMPLOYMENT**
Number   Street
**500 E. THIRD STREET**

**CARSON CITY**       **NV**   **89713**
City                  State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?   **2018**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**OVERPAYMENT OF UNEMPLOYMENT**

---

**4.25**                                                                                                 **$32.00**

**U.S. DEPT OF EDUCATION**
Nonpriority Creditor's Name
**P.O. BOX 5609**
Number   Street

**GREENVILLE**        **TX**   **75403**
City                  State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?   **2011**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**Student Loan**

---

**4.26**                                                                                              **$11,100.00**

**UNITED FINANCE**
Nonpriority Creditor's Name
**1833 AUBURN WAY N. SUITE "A"**
Number   Street

**AUBURN**            **WA**   **98002**
City                  State   ZIP Code

Who incurred the debt?   Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☑ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  __ __ __ __
When was the debt incurred?   **2013**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
**DEFICIENCY BALANCE**

Debtor 1    **BRAD L. CONRADO**
Debtor 2    **HOLLI J. CONRADO**                                          Case number (if known)  **19-50031**

### Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**NORTHERN NEVADA MEDICAL CENTER**
Name
**P.O. BOX 31001-0827**
Number    Street

**PASADENA**         **CA**    **91110-0827**
City                 State     ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.17** of *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  __ __ __ __

Debtor 1 **BRAD L. CONRADO**
Debtor 2 **HOLLI J. CONRADO**

Case number (if known) **19-50031**

### Part 4: Add the Amounts for Each Type of Unsecured Claim

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 1 | 6a. | Domestic support obligations | 6a. $2.00 |
|  | 6b. | Taxes and certain other debts you owe the government | 6b. $4,000.00 |
|  | 6c. | Claims for death or personal injury while you were intoxicated | 6c. $0.00 |
|  | 6d. | Other. Add all other priority unsecured claims. Write that amount here. | 6d. + $0.00 |
|  | 6e. | Total. Add lines 6a through 6d. | 6d. $4,002.00 |

|  |  |  | Total claim |
|---|---|---|---|
| Total claims from Part 2 | 6f. | Student loans | 6f. $0.00 |
|  | 6g. | Obligations arising out of a separation agreement or divorce that you did not report as priority claims | 6g. $0.00 |
|  | 6h. | Debts to pension or profit-sharing plans, and other similar debts | 6h. $0.00 |
|  | 6i. | Other. Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $46,782.00 |
|  | 6j. | Total. Add lines 6f through 6i. | 6j. $46,782.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **BRAD**<br>First Name | **L.**<br>Middle Name | **CONRADO**<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | **HOLLI**<br>First Name | **J.**<br>Middle Name | **CONRADO**<br>Last Name |

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number     **19-50031**
(if known)

☑ Check if this is an amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules         12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _/s/ Brad L. Conrado_          X _/s/ Holli J. Conrado_
BRAD L. CONRADO, Debtor 1           HOLLI J. CONRADO, Debtor 2

Date **08/04/2019**                Date **08/04/2019**
    MM / DD / YYYY                      MM / DD / YYYY